### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRELL ELEY, | : | Civil No. 1:21-CV-02184 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT BRITTAIN, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 19th day of December, 2023, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. Defendants' motion to dismiss the amended complaint pursuant to Fed. R. Civ. P. Rule 12(b)(6), Doc. 32, is **GRANTED**.

2. Plaintiff's amended complaint, Doc. 31, is **DISMISSED** with prejudice pursuant to Fed. R. Civ. P. Rule 12(b)(6).

3. The Clerk of Court will **CLOSE** the case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania